BARRETT K. GREEN, Bar No. 145393
DANIEL J. CRAVENS, Bar No. 207859
LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue, Suite 302
Fresno, California  93704.2225
Telephone:   559.244.7500
Facsimile:    559.244.7525

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, INC.
(erroneously sued as STATE FARM INSURANCE
COMPANIES)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br><br>           Plaintiff,<br><br>      v.<br><br>STATE FARM INSURANCE COMPANIES, an Illinois Corporation (erroneously sued as a California Corporation) and DOES 1 to 25, inclusive,<br><br>           Defendants. | Case No.  1: 04 CV 6661 DLB<br><br>**STIPULATION AND ORDER FOR PLAINTIFF'S INDEPENDENT MEDICAL EXAMINATION** |

STIPULATION AND ORDER

The parties suggest that judicial economy and convenience of the parties is best served if a psychiatric examination of Plaintiff Michael Rodriguez is conducted after the motion for summary judgment and/or adjudication is heard and decided.  Therefore, the parties, by and through their counsel of record, hereby stipulate, as follows:

1. The parties stipulate that Plaintiff will submit to a psychiatric examination by Dr. James Rosenberg, the Defendant's selected Psychiatrist, if requested by Defendant.  The examination will span approximately five to seven hours and will consist of a detailed interview, mental status examination, and appropriate, generally accepted standardized psychological testing.

//

LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

Stipulation and [Proposed] Order for Plaintiff's Psychiatric Examination

2. The examination will take place in Dr. Rosenberg's office, located 16000 Ventura Boulevard, Suite 500, Encino, California, on a mutually convenient date in December after the motion for summary judgment is heard.

3. Defendant's Rule 26(a)(2)(B) disclosures relating to Dr. Rosenberg will be served within 14 days of the conclusion of the examination. Discovery related to Dr. Rosenberg will be completed by January 15, 2006.

**IT IS SO STIPULATED.**

Dated: September _, 2005

/s/
DANIEL J. CRAVENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
STATE FARM INSURANCE COMPANIES

Dated: September _, 2005

/s/
RODNEY NOSTRATABADI
Attorneys for Plaintiff Michael Rodriguez

IT IS SO ORDERED.

Dated: September 16, 2005

/s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

_____   _____

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

2.

Stipulation and [Proposed] Order for Plaintiff's Psychiatric Examination